IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE MARTINEZ HUESO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-0598 |
| VERNON LIGGINS, et al., | * | |
| Respondents. | * | |
| | *** | |

## **ORDER**

The Court is in receipt of the Parties' Joint Notice filed February 20, 2026 (ECF No. 8). The Parties advise that the factual and legal issues in this case do not differ materially from those in Machado-Meza v. Bondi, et al., No. TDC-26-0424 (D.Md. 2026) and Shemondi Meles v. Noem et al., No. PX-25-4302 (D.Md 2026). (Joint Notice at 1–2, ECF No. 8).[1]

In Machado-Meza and Shemondi Meles, the habeas petitions concerned whether a noncitizen who is present in the United States without inspection or admission is subject to detention under 8 U.S.C. § 1226(a) during the pendency of Petitioner's administrative removal proceedings. Pet. Writ Habeas Corpus ¶¶ 26–30, Machado-Meza v. Bondi, No. TDC-26-0424 (D.Md. Jan. 2, 2026) (ECF No. 1); Pet. Writ Habeas Corpus ¶¶ 11–22, Shemondi Meles v. Noem et al., No. PX-25-4302 (D.Md Jan. 2, 2026) (ECF No. 1).

---

[1] Unless otherwise noted, citations to the page numbers refer to the pagination assigned by the Court's Case Management/Electronic Case Files ("CM/ECF") system.

Respondents Pamela Bondi, Vernon Liggins, Todd Lyons, and Kristi Noem ask to incorporate their briefings in those cases in lieu of further briefing. (Joint Notice at 1–2). The Parties also request that the Court decide this case without a hearing. (Id. at 2).

The Court finds that the facts and legal issues of this case are not materially different from those presented in Machado-Meza and Shemondi Meles and will not require further briefing from the Parties. The Court incorporates by reference the analyses in those cases and based on the reasonings therein, will grant Petitioner Jose Martinez Hueso's Petition for Writ of Habeas Corpus (ECF No. 1). Lastly, the parties cite the Central District of California in Maldonado Bautista v. Noem, 5:25-cv-01873-SSS-BFM, 2025 WL 3678485, at *1 (C.D.Cal. Dec. 18, 2025) and the Court also adopts the reasoning therein regarding the applicability of a bond hearing under the discretionary framework of 8 U.S.C. § 1226(a). Accordingly, it is this 23rd day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Jose Martinez Hueso's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Hueso under 8 U.S.C. § 1225(b).

2. Hueso shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a) within ten (10) days of the date of this Order; the bond hearing need not take place in Maryland.

3. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and Respondents shall PROVIDE Hueso with any other process due to him under these provisions.

4. Hueso shall FILE a status report with the Court if no bond hearing is held within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that Hueso's Petition (ECF No. 1) is DENIED as to any further relief he seeks at this time;

IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

/s/
George L. Russell, III
Chief United States District Judge